NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

FRED E. EVANS, NANCY A. EVANS,
RANDY W. FROEBE, DEBRA J. FROEBE,
GENEVA GRUBBS, NORMA LOU HALL,
SHIRLEY HENDRICKS, DAVID HOUSER, GAIL
HOUSER, PATRICK J. O'BRYAN,
TRUSTEE OF THE PATRICK J. O'BRYAN
REVOCABLE LIVING TRUST UNDER AGREE-
MENT DATED 9/7/2001, LESTER ROARK, DONALD
LEE ROPER, II, AND B. LORENE SOPER,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2010-1303

---

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2096, Chief Judge Kathryn H. Vratil.

- - - - - - - - - - - - - - - - - - - - - - -

---

EDWARD L. BRIGHT, II, CLARENCE FORKNER,

**HOMER E. HAMILTON, DEBBIE M. HAMILTON, RICKY D. RUSSELL, BRADY J. STUART, AND ROSE M. STUART,**
*Plaintiffs-Appellants,*

**AND**

**EARLEEN FAUVERGUE,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

---

2010-1385

---

Appeal from the United States District Court for the Western District of Missouri in case no. 09-CV-5014, Judge Richard E. Dorr.

---

**ON MOTION**

---

**O R D E R**

Fred E. Evans, et al. move without opposition to consolidate these two cases for briefing and oral argument. Edward L. Bright, II, et al. move for a 30-day extension of time, until September 29, 2011, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. The revised official caption is reflected above.

(2) The motion for an extension of time is granted. The appellants' combined opening brief is due September 29, 2011.

For The Court

**AUG 3 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark F. Hearne, II, Esq.
     Katherine J. Barton, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 3 1 2011**

**JAN HORBALY**
**CLERK**